WILLIAM PALEN, *Receiver, etc., Appellant, v.* EZRA L. BUSHNELL, *Respondent, Impleaded, etc.* — Order modified as directed in opinion, without costs to either party on the appeal. Opinion by DAVIS, P. J.

JOSEPH W. DURYEE, *Respondent, v.* THE MAYOR, ETC., OF THE CITY OF NEW YORK, *Appellants.* — Judgment affirmed. Opinion by MACOMBER, J., and DAVIS, P. J., and by DANIELS, J., dissenting.

THOMAS H. O'CONNOR and another, *as Trustee, etc., Respondents, v.* JAMES CARRIGAN and others, *Appellants.* — Judgment affirmed, without costs. Opinion by DANIELS, J.

CHARLES P. DEVLIN, *Respondent, v.* WILLIAM KELLEY, *Appellant.* — Judgment reversed, new trial ordered, costs to abide event. Opinions by DANIELS, J., and DAVIS, P. J., and by MACOMBER, J., dissenting.

FREDERICK WEYERHAUSER and another, *Respondents, v.* R. GRAHAM DUN and others, *Appellants.* — Judgment affirmed. Opinion by MACOMBER, J.